UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Debtor: **TRESSA THOMAS**               Case No. __9:08-bk-04699-ALP__
_____/

## MOTION TO VALUE

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa FL 33602-3899, and serve a copy on the movant's attorney, Adrian R. Lynn, Esq, 2080 Collier Ave., Fort Myers, FL 33901.
>
> If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, Tressa Thomas, the Debtor, by and through the undersigned counsel, and moves this Honorable Court for a Motion to Value Collateral (1999 Chrysler 300M) both secured by the claim of the creditor, VyStar Credit Union, and as grounds therefore would show:

1. Debtors own a 1999 Chrysler 300M, which had a retail value of $6,450 pursuant to the creditor's proof of claim, Claim #1-1.

WHEREFORE, for the above reasons Debtors pray this Honorable Court enter an Order valuing the 1999 Chrysler 300M at $6,450.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered electronically or by U.S. Mail to: Assistant US Trustee, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Jon M. Waage, P.O. Box 25001, Bradenton, FL 34206, VyStar Credit Union, P.O. Box 45085, Jacksonville, FL 32232-5085 and Debtor, Tressa Thomas, P.O. Box 33, Lehigh Acres, FL 33970.

this  12th   day of November, 2009.

                                                 Adrian R. Lynn, Esq.
                                                 Attorney for Debtor
                                                 2080 Collier Ave.
Dated:   11/12/2009                     Fort Myers, FL 33901
                                               (239)332-3720
                                               FAX: (941) 866-9049


                                               By:    /s/ Adrian R. Lynn