**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE:                                                      CASE NO.  9:08-BK-04699-ALP

    TRESSA THOMAS,                          CHAPTER 13

        Debtor.
_____/

**OBJECTION TO MODIFICATION OF DEBTOR'S CONFIRMED PLAN**

    The Creditor, VYSTAR CREDIT UNION, hereinafter referred to as the Creditor, a secured Creditor herein objects to the modification of the Debtor's confirmed Plan as proposed on the following basis:

    1.     Creditor is a secured Creditor by virtue of a lien on a 1999 Chrysler, VIN# 2C3HE66G5XH706404 and a 2004 Nissan Maxima, VIN#1N4BA41E74C926008, as evidenced by the Proofs of Claim filed in this case.

    2.     As of the date of the Petition, Creditor was owed $7,165.37 on the 1999 Chrysler and $18,437.65 on the 2004 Nissan.

    3.     Debtor's Plan has been confirmed on September 27, 2009, and provided that Creditor would be paid as follows:

> As to the 2004 Nissan $18,437.65 at an interest rate of 6.25%;
> and as to the 1999 Chrysler $6,000.00 paid at 6.25%.

    4.     Debtor now seeks to reduce the amounts paid to Creditor and proposes to pay the 1999 Chrysler at 5.5% interest and proposes to cramdown the 2004 Nissan to a value of $15,900.00 and repay an interest rate of 4.5%.

5. Debtor and Creditor are bound by the terms of the confirmed Plan. Debtor's Motion to Modify the Plan with 11 U.S.C. § 1329.

    /s/ James E. Sorenson
JAMES E. SORENSON (FL Bar #0086525),
D. TYLER VAN LEUVEN (FL Bar #0178705),
JARED S. GARDNER (FL Bar #0041042),
MARY LINZEE VAN LEUVEN (FL Bar #0029766),
ELBA N. SERRANO-TORRES (FL Bar #42228), of
Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
Post Office Box 4128
Tallahassee, Florida 32315-4128
Telephone (850) 386-3300
Facsimile (850) 205-4755
*Attorneys for Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Adrian R. Lynn, Esquire, 2080 Collier Ave., Fort Myers, FL 33901, Attorney for Debtor, (usual place of business), Tressa Thomas, P.O. Box 33, Lehigh Acres, FL 33970, Debtor, (usual place of abode), and Jon Waage, P.O. Box 25001, Bradenton, FL 34206-5001, Trustee, (usual place of business), by electronic means or U.S. Mail on this 11th day of December, 2009.

    /s/ James E. Sorenson
Attorney