UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                      Case No. 9:08–bk–04699–ALP
                                          Chapter 13

Tressa Thomas
P.O. Box 33
Lehigh Acres, FL 33970

_____Debtor*_____/

ORDER DENYING MOTION TO VALUE
(Doc. #52)

     THIS CASE came on for consideration of the Motion to Value 1999 Chrysler 300M of VyStar Credit Union filed by the Debtor . On November 12, 2009 the Debtor filed a Motion to Value 1999 Chrysler 300M of VyStar Credit Union which this Court entered an Order Directing Response giving the opposing party twenty–one (21) days from the entry of the Order to respond and apprising the opposing party that if a response was not timely filed, this Court would consider the motion ex parte and enter an appropriate order upon its submission by the moving party without further notice. No response has been filed within that time by the opposing party. However, counsel for the movant has failed to submit a proposed order in accordance with this Court's request.

     Accordingly, it is

     **ORDERED** that the Motion to Value 1999 Chrysler 300M of VyStar Credit Union filed by the Debtor is hereby Denied .

     **DONE** and **ORDERED** in Chambers at Tampa, Florida on February 2, 2010 .

_____
Alexander L. Paskay
United States Bankruptcy Judge

     *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.